697 A.2d 587

**Edward G. RENDELL, Mayor; John F. Street, President of City Council; and City of Philadelphia, Petitioners,**

**v.**

**David COHEN, Councilman; Thomas Paine Cronin, President (AFSCME); Lance Haver, Education Director; James Shigaki, 12th and Somerville STS Residents Association, Respondents.**

Supreme Court of Pennsylvania.

Aug. 13, 1997.

Richard Feder, Philadelphia, for Petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 13th day of August, 1997, we GRANT the Petition for Allowance of Appeal, limited to the issue of whether Philadelphia City Council's package voting procedure violates the Philadelphia Home Rule Charter, 351 Pa.Code § 2.2–201.